UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APOLLONIA MUGAA,<br><br>    Plaintiff,<br><br>    v.<br><br>RUSHMORE LOAN MANAGEMENT SERVICES, LLC,<br><br>    Defendant. | Case No. 18-cv-01761-JD<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 13, 25 |

The order referring the parties to the Alternative Dispute Resolution Unit ("ADR") required counsel for defendant Rushmore Loan Management Services, LLC ("Rushmore") to have a representative with full settlement authority participate in the telephone conference. Dkt. No. 13. The Court is advised that a Rushmore representative did not participate in the conference held on August 1, 2018. Rushmore and its counsel are ordered to show cause in writing by **August 14, 2018 at 5:00 p.m**. why sanctions, including monetary and other sanctions, should not be imposed.

**IT IS SO ORDERED.**

Dated: August 7, 2018

JAMES DONATO
United States District Judge